CITY OF BOWLING GREEN, APPELLEE, v. LODICO, APPELLANT.

(No. 39990—Decided May 18, 1966.)

*Mr. C. Richard Marsh* and *Mr. Daniel T. Spitler*, for appellee.

*Mr. Niki Z. Schwartz*, *Mr. Gerald B. Lackey* and *Mr. Harland M. Britz*, for appellant.

*Per Curiam.* The Court of Appeals was in error in overruling the motion to authenticate the bill of exceptions *nunc pro tunc.* The judgment of the Court of Appeals is reversed on authority of *Cincinnati Traction Co.* v. *Ruthman,* 85 Ohio St. 62.

*Judgment reversed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT and SCHNEIDER, JJ., concur.